# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

CHRISTOPHER ABBOTT

NO. 2021 KW 0606

22nd JUDICIAL DISTRICT COURT

PARISH OF ST. TAMMANY

DOCKET NO. 0200-F-2021

**JUNE 3, 2021**

---

In Re:    Christopher Abbott, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 0200-F-2021

---

**BEFORE:    WHIPPLE, C.J., WELCH AND CHUTZ, JJ.**

**STAY LIFTED.    WRIT DENIED.**

**VGW**
**JEW**
**WRC**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT